UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIEANN FRY, | Civil No. C08-5179JKA |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will update the medical record from Plaintiff's treating sources, as well as request medical source statements from those sources, to clarify the severity of Plaintiff's mental impairments. The ALJ will re-evaluate the medical source opinions, particularly the opinions from Terilee Wingate,

Page 1        ORDER - [C08-5179JKA]

Ph.D., and Dan Neims, Psy.D. The ALJ will re-evaluate the severity of all of Plaintiff's diagnosed mental impairments, both individually and in combination. The ALJ will re-evaluate Plaintiff's subjective complaints, her residual functional capacity, and if warranted, obtain supplemental vocational expert testimony at step 5 of the sequential evaluation.

DATED this 2nd day of September, 2008.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov