U.S. District Court Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JULIEANN FRY, | CIVIL NO. C08-5179JKA |
| Plaintiff, | AGREED ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $2,241.38 and expenses in the sum of $16.14 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check(s) shall be mailed to Plaintiff's attorney's office: <u>Jeanette Laffoon, 410-A South Capitol Way, Olympia, WA 98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: September 18, 2008.

**/s/ J. Kelley Arnold**
J. KELLEY ARNOLD
U.S. DISTRICT COURT MAGISTRATE JUDGE

AGREED ORDER RE EAJA FEES - Page 1
[C08-5179JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ STEPHANIE R. MARTZ
STEPHANIE R. MARTZ, WSBA #28636
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per telephonic agreement)*

AGREED ORDER RE EAJA FEES  - Page 2
[C08-5179JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276